**No. 51132.**—Protests 114851-K, etc., of W. F. Mackay et al. (Pembina).

Opinion by Cline, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51133.**—Protests 111587-K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by Cline, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51134.**—Protest 111012-K of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by Cline, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51135.**—Protests 50746-K, etc., of B. Bendin, Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States*, *supra*. The protests were sustained to this extent.